UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CR-07-089-FVS |
| | ) |
| Vs. | ) ORDER GRANTING MOTION |
| | ) |
| IVAN PATRICK ABRAHAMSON, | ) |
| | ) |
| Defendant. | ) |

After having reviewed Defendant Ivan Patrick Abrahamson's Motion to Modify, and defense counsel having communicated with the U.S. Attorney's office,[1] the court finds that in the interest of justice and for good cause shown, Defendant's Motion **(Ct. Rec. 28)** is **GRANTED**. Defendant shall have a **curfew of 7:00 p.m. to 6:00 a.m. every night except for Tuesdays**. On **Tuesday evenings** Defendant is permitted to attend tribal sweats, and if he does so, **he shall be home no later than 11:45 p.m.** On **Friday, October 26, 2007**, Defendant shall be permitted to attend his son's birthday party and shall be home no later than **9:00 p.m.**

**IT IS SO ORDERED.**

DATED October 26, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

---

[1]Defense counsel represents the Assistant U.S. Attorney of record was unavailable and that a duty officer represented the modification appears to be adequate.

ORDER GRANTING MOTION - 1