UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE FRED VAN SICKLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-07-089-FVS |
| Vs. | ) | PROPOSED ORDER |
| IVAN PATRICK ABRAHAMSON, | ) | |
| Defendant. | ) | |

Pending before the Court is Defendant Ivan Abrahamson's Motion to Modify Conditions of Supervised Release.  In the interest of justice and for good cause shown, Mr. Abrahamson's Motion to Modify (**Ct. Rec. 80)** is hereby **GRANTED**.

Effective immediately, Mr. Abrahamson's payment requirement to Geiger is modified and he is hereby Ordered to pay only $200 to the Geiger Correctional Facility per month.  This Order shall be forwarded to United States Probation Officer Richard Law.

So Ordered this 30th day of January, 2009.

                              s/ Fred Van Sickle
                              FRED VAN SICKLE
                              United States District Judge

Proposed Order

1